UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO GALLEGOS,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>K. SEELEY, M.D.,<br><br>　　　　　　　　　Defendant. | Case No.: 18cv1322-JAH(MSB)<br><br>**ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION TO WAIVE PERSONAL APPEARANCE AT MANDATORY SETTLEMENT CONFERENCE [ECF No. 25]** |

　　　On July 30, 2019, Defendant filed an ex parte application to waive his personal appearance at the Mandatory Settlement Conference ("MSC") on August 7, 2019. (See ECF No. 25.)

　　　In support of the request to excuse Dr. Seeley's appearance, Defendant's counsel explains in his declaration that "Dr. Seeley does not have any independent settlement authority in this matter" and "[g]iven the nature of this case, travel to San Diego for a personal appearance would constitute an undue burden on government resources," as Defendant would not be able to provide medical care to inmates at Centinela State Prison. (ECF No. 25-1 at ¶4.) The application indicates that Defendant, Dr. Seeley, "will be available by telephone during the settlement conference to discuss the facts of the case or any other matters necessary." (ECF No. 25 at 2.) Finding good cause, the Court hereby excuses Dr. Seeley's personal appearance. The Court **ORDERS** Dr. Seeley to

1

provide his contact information to defense counsel and to remain available by telephone for the duration of the MSC.

**IT IS SO ORDERED.**

Dated: July 30, 2019

Honorable Michael S. Berg
United States Magistrate Judge