UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ALEJANDRO GALLEGOS, | Case No.: 18cv1322-JAH (MSB) |
|---|---|
| Plaintiff, | **ORDER AFTER TELEPHONIC STATUS CONFERENCE** |
| v. | |
| K. SEELEY, M.D., | |
| Defendant. | |

The Court held a Telephonic Status Conference on October 7, 2019 to discuss any issues regarding discovery and communication between Plaintiff and Defense Counsel. Plaintiff and Defense Counsel discussed Plaintiff's discovery and communication concerns with the Court, and both Plaintiff and Defense Counsel agreed that there are no outstanding discovery issues between the parties.

**IT IS SO ORDERED.**

Dated: October 8, 2019

Honorable Michael S. Berg
United States Magistrate Judge