UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO GALLEGOS,<br><br>         Plaintiff,<br><br>v.<br><br>K. SEELEY, M.D.,<br><br>         Defendant. | Case No.: 18cv1322-JAH (MSB)<br><br>**ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION TO CONTINUE PRETRIAL DATES AND AMENDED SCHEDULING ORDER**<br><br>**[ECF NO. 38]** |

Defendant filed his "Ex Parte Application to Continue Pre-Trial Dates" on January 2, 2020. (ECF No. 38.) In his motion, he asks this Court to continue the pretrial dates until after the Court issues a ruling on Defendant's currently pending Motion for Summary Judgment. (Id. at 1.) Defendant's motion does not indicate whether Defendant has attempted to discuss the instant motion with Plaintiff or Plaintiff's position regarding the instant motion. (See id.) After consulting with the chambers of the District Court and good cause appearing based on the procedural posture of the case, the Court believes a continuance will best serve the parties and judicial economy and **CONTINUES** the pretrial dates by approximately four months as follows:

/ / /

/ / /

1

1. Counsel shall comply with the pre-trial disclosure requirements of Fed. R. Civ. P. 26(a)(3) by **May 4, 2020**. Failure to comply with these disclosure requirements could result in evidence preclusion or other sanctions under Fed. R. Civ. P. 37.

2. Counsel shall meet and take the action required by Local Rule 16.1(f)(4) by **May 11, 2020**. At this meeting, counsel shall discuss and attempt to enter into stipulations and agreements resulting in simplification of the triable issues. Counsel shall exchange copies and/or display all exhibits other than those to be used for impeachment. The exhibits shall be prepared in accordance with Local Rule 16.1(f)(4)(c). Counsel shall note any objections they have to any other parties' Pretrial Disclosures under Fed. R. Civ. P. 26(a)(3). Counsel shall cooperate in the preparation of the proposed pretrial conference order.

3. Counsel for plaintiff will be responsible for preparing the pretrial order and arranging the meetings of counsel pursuant to Civil Local Rule 16.1(f). By **May 18, 2020**, plaintiff's counsel must provide opposing counsel with the proposed pretrial order for review and approval. Opposing counsel must communicate promptly with plaintiff's attorney concerning any objections to form or content of the pretrial order, and both parties shall attempt promptly to resolve their differences, if any, concerning the order.

4. The Proposed Final Pretrial Conference Order, including objections to any other parties' Fed. R. Civ. P. 26(a)(3) Pretrial Disclosures shall be prepared, served and lodged with the assigned district judge by **May 25, 2020**, and shall be in the form prescribed in and comply with Local Rule 16.1(f)(6).

5. The final Pretrial Conference is scheduled on the calendar of the **Honorable John A. Houston** on **June 1, 2020** at **2:30 p.m.**.

6. The parties must review the chambers' rules for the assigned district judge and magistrate judge.

7. A post trial settlement conference before a magistrate judge may be held within 30 days of verdict in the case.

///

2
18cv1322-JAH (MSB)

8. The dates and times set forth herein will not be modified except for good cause shown.

9. Plaintiff's counsel shall serve a copy of this order on all parties that enter this case hereafter.

**IT IS SO ORDERED.**

Dated: January 6, 2020

Honorable Michael S. Berg
United States Magistrate Judge